55 A.3d 1047

COMMONWEALTH of Pennsylvania, Respondent

v.

Joseph P. SCHIAFFINO, Petitioner.

Supreme Court of Pennsylvania.

Oct. 12, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 12th day of October, 2012, the Petition for Leave to Supplement the Petition for Allowance of Appeal and the Petition for Allowance of Appeal are **DENIED.**